**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SINARD BALLARD, | : | No. 117 MM 2016 |
| Petitioner | : | |
| v. | : | |
| THE COURT OF COMMON PLEAS OF LUZERNE COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent that it seeks mandamus relief, are **GRANTED**.

    The Court of Common Pleas of Luzerne County is **DIRECTED** to adjudicate the pending matter within 90 days. The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Luzerne County.